**Earnings Statement** **ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. 002 |
|-----|------|-------|-------|--------|
| EUZ | 000128 | 000500 | 00001 | |

*NODAL EXCHANGE*
*1921 GALLOWS RD, 3RD FLOOR*
*VIENNA, VA 22182*
*COMPANY PH#:703-962-9800*

Period Ending: 03/31/2019
Pay Date: 03/29/2019

Taxable Marital Status:
Federal: Single

Exemptions/Allowances:
Federal: 2

**MICHAEL WYNDER**
**150 VINCE DR**
**ELKTON, MD 21921**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12916.67 | 40.00 | 12,916.67 | 38,333.34 |
| Incentive Bonus | | | | 28,465.44 |
| Retroactive | | | | 416.67 |
| **Gross Pay** | | | **$12,916.67** | 67,215.45 |

Your federal taxable wages this period are $11,245.83

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer Match | 516.67 | 788.17 |
| Gtl | 10.48 | 30.96 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -1,969.58 | 11,394.23 |
| | Social Security Tax | -761.96 | 4,050.70 |
| | Medicare Tax | -178.20 | 947.34 |
| | MD State Income Tax | -842.51 | 5,181.93 |
| | **Other** | | |
| | Fsa Dep Care | -416.67* | 1,250.01 |
| | Fsa Med | -220.84* | 662.52 |
| | 401K | -1,033.33* | 1,576.31 |
| | 401K Loan | -609.14 | 1,827.42 |
| | Reimb. | | -7,153.51 |
| | **Adjustment** | | |
| | Reimb. | +1,388.71 | |
| | **Net Pay** | **$8,273.15** | |
| | Checking | -4,273.15 | |
| | Checking | -4,000.00 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
EFFECTIVE THIS PAY PERIOD YOUR MARITAL STATUS HAS CHANGED FROM MARRIED TO SINGLE.

**Additional Tax Withholding Information**
Taxable Marital Status:
MD: Married
VA: Married
Exemptions/Allowances:
MD: 2,Withhold at Single Rate
VA: 4

**\* Excluded from federal taxable wages**

© 2000 ADP, LLC

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA 22182
COMPANY PH#:703-962-9800

Advice number: 00000130017
Pay date: 03/29/2019

Deposited to the account of
MICHAEL WYNDER

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx3335 | xxxx xxxx | $4,273.15 |
| | xx4043 | xxxx xxxx | $4,000.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
  000354
CO.    FILE    DEPT.    CLOCK  VCHR. NO.   052
```

# Earnings Statement

ADP

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA 22182
COMPANY PH#:703-962-9800

| | |
|---|---|
| Period Ending: | 02/28/2019 |
| Pay Date: | 02/28/2019 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:       2
VA:            4
MD:            2,Joint Filing

MICHAEL WYNDER
150 VINCE DR
ELKTON, MD 21921

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Incentive Bonus | | | 28,465.44 | 28,465.44 |
| Regular | | | | 25,416.67 |
| Retroactive | | | | 416.67 |
| **Gross Pay** | | | **$28,465.44** | 54,298.78 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer Match | 142.33 | 271.50 |
| Gtl | | 20.48 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -6,199.77 | 9,424.65 |
| | Social Security Tax | -1,764.85 | 3,288.74 |
| | Medicare Tax | -412.75 | 769.14 |
| | MD State Income Tax | -2,522.18 | 4,339.42 |
| | **Other** | | |
| | 401K | -284.65* | 542.98 |
| | Fsa Dep Care | | 833.34 |
| | Fsa Med | | 441.68 |
| | Reimb. | | -5,764.80 |
| | 401K Loan | | 1,218.28 |
| | **Net Pay** | **$17,281.24** | |
| | Checking | -17,281.24 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$28,180.79

© 1998, 2006, ADP, LLC  All Rights Reserved.

© 2000 ADP, LLC

◄ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA 22182
COMPANY PH#:703-962-9800

| | |
|---|---|
| Advice number: | 00000094035 |
| Pay date: | 02/28/2019 |

Deposited to the account of
MICHAEL WYNDER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3335 | xxxx xxxx | $17,281.24 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK   ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

**Earnings Statement**

ADP®

| 000353 | | | | | |
|---|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA 22182
COMPANY PH#:703-962-9800

Period Ending:   02/28/2019
Pay Date:   02/28/2019

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   2
  VA:   4
  MD:   2,Joint Filing

MICHAEL WYNDER
150 VINCE DR
ELKTON, MD 21921

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12916.67 | 40.00 | 12,916.67 | 25,416.67 |
| Retroactive | | | 416.67 | 416.67 |
| Gross Pay | | | **$13,333.34** | 25,833.34 |

Your federal taxable wages this period are
$12,562.50

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer Match | 66.67 | 129.17 |
| Gtl | 10.48 | 20.48 |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -1,703.19 | 3,224.88 |
| Social Security Tax | -787.80 | 1,523.89 |
| Medicare Tax | -184.24 | 356.39 |
| MD State Income Tax | -941.41 | 1,817.24 |

**Other**

| | | |
|---|---|---|
| Fsa Dep Care | -416.67* | 833.34 |
| Fsa Med | -220.84* | 441.68 |
| 401K | -133.33* | 258.33 |
| 401K Loan | -609.14 | 1,218.28 |
| Reimb. | | -5,764.80 |

**Adjustment**

| | |
|---|---|
| Reimb. | +1,734.08 |
| Net Pay | **$10,070.80** |
| Checking | -9,570.80 |
| Checking | -500.00 |
| Net Check | **$0.00** |

**Important Notes**
YOUR SALARY RATE HAS BEEN CHANGED FROM 12,500.00
TO 12,916.67.

* Excluded from federal taxable wages

© 1998, 2006, ADP, LLC All Rights Reserved.

TEAR HERE ▶

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA 22182
COMPANY PH#:703-962-9800

Advice number:   00000094034
Pay date:   02/28/2019

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHAEL WYNDER | xxxxxx3335 | xxxx xxxx | $9,570.80 |
| | xx4043 | xxxx xxxx | $500.00 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

## Earnings Statement

**ADP**

CO.    FILE    DEPT.    CLOCK    VCHR. NO.    052
EUZ   000128  000500           0000050018    1

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA  22182
COMPANY PH#:703-962-9800

Period Ending:     01/31/2019
Pay Date:          01/31/2019

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   2
   VA:        4
   MD:        2,Joint Filing

**MICHAEL WYNDER**
**150 VINCE DR**
**ELKTON, MD 21921**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12500.00 | | 12,500.00 | 12,500.00 |
| **Gross Pay** | | | **$12,500.00** | 12,500.00 |

Your federal taxable wages this period are
$11,737.49

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -1,521.69 | 1,521.69 |
| | Social Security Tax | -736.09 | 736.09 |
| | Medicare Tax | -172.15 | 172.15 |
| | MD State Income Tax | -875.83 | 875.83 |
| | **Other** | | |
| | Fsa Dep Care | -416.67* | 416.67 |
| | Fsa Med | -220.84* | 220.84 |
| | 401K | -125.00* | 125.00 |
| | 401K Loan | -609.14 | 609.14 |
| | Reimb. | | -2,960.46 |
| | **Adjustment** | | |
| | Reimb. | +2,960.46 | |
| | **Net Pay** | **$10,783.05** | |
| | Checking | -10,283.05 | |
| | Checking | -500.00 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer Match | 62.50 | 62.50 |
| Gtl | 10.00 | 10.00 |

\* Excluded from federal taxable wages

© 1998, 2006, ADP, LLC. All Rights Reserved.

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA  22182
COMPANY PH#:703-962-9800

Advice number:    00000050018
Pay date:         01/31/2019

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **MICHAEL WYNDER** | xxxxxx3335 | xxxx xxxx | $10,283.05 |
| | xx4043 | xxxx xxxx | $500.00 |

**NON-NEGOTIABLE**

**Earnings Statement**

ADP.

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA  22182
COMPANY PH#:703-962-9800

Period Ending:   12/31/2018
Pay Date:        12/31/2018

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:   2
  VA:        4
  MD:        2,Joint Filing

MICHAEL  WYNDER
150 VINCE DR
ELKTON,  MD 21921

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12500.00 | | 12,500.00 | 149,500.00 |
| Incentive Bonus | | | | 8,003.90 |
| Retroactive | | | | 500.00 |
| **Gross Pay** | | | **$12,500.00** | 158,003.90 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer Match | 62.50 | 4,132.66 |
| Gtl | 10.00 | 119.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,541.62 | 21,124.59 |
| | Medicare Tax | -172.15 | 2,181.86 |
| | MD State Income Tax | -875.83 | 10,618.01 |
| | Social Security Tax | | 7,960.80 |
| | **Other** | | |
| | Fsa Dep Care | -416.63* | 5,000.00 |
| | Fsa Med | -220.83* | 2,649.96 |
| | 401K | -125.00* | 9,175.39 |
| | 401K Loan | -609.14 | 5,482.26 |
| | Reimb. | | -18,480.62 |
| | **Net Pay** | **$8,538.80** | |
| | Checking | -8,038.80 | |
| | Checking | -500.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$11,737.54

© 1998, 2006, ADP, LLC  All Rights Reserved.

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA  22182
COMPANY PH#:703-962-9800

Advice number:   00000520018
Pay date:        12/31/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHAEL WYNDER | xxxxxx3335 | xxxx xxxx | $8,038.80 |
| | xx4043 | xxxx xxxx | $500.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**ADP**

```
000012
CO.   FILE   DEPT.   CLOCK  VCHR. NO.   052
```

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA 22182
COMPANY PH#:703-962-9800

| | |
|---|---|
| Period Ending: | 11/30/2018 |
| Pay Date: | 11/30/2018 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
VA: 4
MD: 2,Joint Filing

MICHAEL WYNDER
150 VINCE DR
ELKTON, MD 21921

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12500.00 | | 12,500.00 | 137,000.00 |
| Incentive Bonus | | | | 8,003.90 |
| Retroactive | | | | 500.00 |
| **Gross Pay** | | | **$12,500.00** | 145,503.90 |

Your federal taxable wages this period are
$11,737.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer Match | 62.50 | 4,070.16 |
| Gtl | 10.00 | 109.40 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -1,541.61 | 19,582.97 |
| | Social Security Tax | -103.65 | 7,960.80 |
| | Medicare Tax | -172.15 | 2,009.71 |
| | MD State Income Tax | -875.83 | 9,742.18 |
| | **Other** | | |
| | Fsa Dep Care | -416.67* | 4,583.37 |
| | Fsa Med | -220.83* | 2,429.13 |
| | 401K | -125.00* | 9,050.39 |
| | 401K Loan | -609.14 | 4,873.12 |
| | Reimb. | | -18,480.62 |
| | **Adjustment** | | |
| | Reimb. | +1,191.63 | |
| | **Net Pay** | **$9,626.75** | |
| | Checking | -9,126.75 | |
| | Checking | -500.00 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
EFFECTIVE THIS PAY PERIOD YOU HAVE SATISFIED THE
SOCIAL SECURITY TAX LIMIT.

\* Excluded from federal taxable wages

© 1998, 2006, ADP, LLC All Rights Reserved.

TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA 22182
COMPANY PH#:703-962-9800

| | |
|---|---|
| Advice number: | 00000480018 |
| Pay date: | 11/30/2018 |

THIS IS NOT A CHECK

**Deposited to the account of**
MICHAEL WYNDER

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXXXX3335 | XXXX XXXX | $9,126.75 |
| | xx4043 | XXXX XXXX | $500.00 |

**NON-NEGOTIABLE**

**Earnings Statement**

**ADP**

```
000287
CO.    FILE    DEPT.    CLOCK  VCHR. NO.   052
```

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA 22182
COMPANY PH#:703-962-9800

| | |
|---|---|
| Period Ending: | 10/31/2018 |
| Pay Date: | 10/31/2018 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal:      2
VA:           4
MD:           2,Joint Filing

**MICHAEL WYNDER**
**150 VINCE DR**
**ELKTON, MD 21921**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12500.00 | | 12,500.00 | 124,500.00 |
| Incentive Bonus | | | | 8,003.90 |
| Retroactive | | | | 500.00 |
| **Gross Pay** | | | **$12,500.00** | 133,003.90 |

Your federal taxable wages this period are
$11,737.50

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Employer Match | 62.50 | 4,007.66 |
| Gtl | 10.00 | 99.40 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -1,541.61 | 18,041.36 |
| | Social Security Tax | -736.09 | 7,857.15 |
| | Medicare Tax | -172.15 | 1,837.56 |
| | MD State Income Tax | -875.83 | 8,866.35 |
| | **Other** | | |
| | Fsa Dep Care | -416.67* | 4,166.70 |
| | Fsa Med | -220.83* | 2,208.30 |
| | 401K | -125.00* | 8,925.39 |
| | 401K Loan | -609.14 | 4,263.98 |
| | Reimb. | | -16,366.97 |
| | **Adjustment** | | |
| | Reimb. | +961.03 | |
| | **Net Pay** | **$8,763.71** | |
| | Checking | -8,263.71 | |
| | Checking | -500.00 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

© 1998, 2006, ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NODAL EXCHANGE
1921 GALLOWS RD, 3RD FLOOR
VIENNA, VA 22182
COMPANY PH#:703-962-9800

| | |
|---|---|
| Advice number: | 00000440020 |
| Pay date: | 10/31/2018 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **MICHAEL WYNDER** | xxxxxx3335 | xxxx xxxx | $8,263.71 |
| | xx4043 | xxxx xxxx | $500.00 |

**NON-NEGOTIABLE**