```
jessica wynder
280 ridge pike
Apt C
Lafayette Hill, PA 19444



AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096



Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998



Amex/Bankruptcy
Correspondence
Po Box 981540
El Paso, TX 79998



Bank Of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634



Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899



BMW Financial Services
PO Box 3608
Dublin, OH 43016-0306



Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
```

```
Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Citibank/Sears
Attn: Bankruptcy
Po Box 6275
Sioux Falls, SD 57117


Citicards Cbna
Citi Bank
Po Box 6077
Sioux Falls, SD 57117


Discover Financial
Po Box 3025
New Albany, OH 43054


Dsnb Bloomingdales
Attn: Recovery "Bk"
Po Box 9111
Mason, OH 45040


Gold Credit Union
4703 Hamilton Blvd.
Allentown, PA 18103


Internal Revenue Service
US Dept. of the Treasury
Philadelphia, PA 19102


Jessica Wynder
280 Ridge Pike Apt C
Lafayette Hill, PA 19444
```

```
Philadelphia FCU
Attn: Bankruptcy
12800 Townsend Rd
Philadelphia, PA 19154


PNC Bank
Attn: Bankruptcy Department
Po Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101


Quicken Loans
662 Woodward Avenue
Detroit, MI 48226


Synchrony Bank/Gap
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Usaa Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio, TX 78288


Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040
```