**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER: 13 |
| | : | |
| MICHAEL DAVID WYNDER, | : | BANKRUPTCY NO. 19-12166 |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF NO RESPONSE REGARDING**
**APPLICATION FOR COUNSEL FEES AND REIMBURSEMENT OF EXPENSES**

The undersigned counsel to the Debtor, Clair M. Stewart, Esquire ("Movant") filed an Application for Compensation and Reimbursement of Expenses on May 8, 2019.

Movant hereby represents:

1. The motion was timely served on all interested parties.

2. The deadline for response to the motion has passed.

3. No objections to or requests for hearing on the motion have been received, and as of May 29, 2019, a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the Application for Compensation have been filed.

**WHEREFORE**, Movant seeks the entry of an order, in the form attached hereto, granting the requested relief.


Dated: May 29, 2019                    /s/Clair M. Stewart
                                                        Clair M. Stewart, Esquire, Applicant
                                                        Attorney for the Debtor
                                                        100 S. Broad Street #1523
                                                        Philadelphia, PA 19110
                                                        Telephone: (215) 564-5150
                                                        Facsimile: (215) 405-8055
                                                        clairstewart@cstewartlaw.com

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER: 13 |
| MICHAEL DAVID WYNDER, | : | BANKRUPTCY NO. 19-12166 |
| Debtor | : | |

# CERTIFICATE OF SERVICE

I, Clair M. Stewart, Esquire, hereby certify that a true and correct copy of the

Certification of No Response to Application for Compensation and Reimbursement of

Expenses was sent to the parties indicated below via regular mail and/or electronic filing:

U.S. Trustee
Trustee
All Creditors
Debtor

Dated: May 29, 2019                             By: /s/ Clair M. Stewart
                                                Clair M. Stewart, Esquire
                                                Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER: 13** |
| **MICHAEL DAVID WYNDER,** | : | **BANKRUPTCY NO. 19-12166** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses and upon the certification of the Debtor's Counsel (the "Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

IT is hereby ORDERED that:

1. The Application is **GRANTED.**

2. Compensation in the amount of $3,500.00 and costs in the amount of $0 are allowed in favor of the Applicant.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and costs set forth in paragraph 2 above, **less $1,290.00,** which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326 (b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. In the event this case is dismissed under the Bankruptcy Code, this Court shall retain jurisdiction concerning all Application(s) for Compensation of Counsel fees for Clair. M. Stewart, counsel for debtor, for the purpose of the payment and allowance of counsel fees and issue an accompanying Order.

5. All remaining funds, if any, shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

BY THE COURT:

_____
J.