# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                  Chapter 13

                                  Bankruptcy No. 19-12166-ELF

MICHAEL DAVID WYNDER

5 ALMOND COURT

LAFAYETTE HILL, PA 19444-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MICHAEL DAVID WYNDER

    5 ALMOND COURT

    LAFAYETTE HILL, PA 19444-

**Counsel for debtor(s), by electronic notice only.**
    CLAIR M STEWART
    100 S. BROAD STREET
    SUITE 1523
    PHILADELPHIA, PA 19110-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                               /s/ William C. Miller

Date: 6/21/2019

                                                             _____

                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee