## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael David Wynder | |
| Debtor(s) | CHAPTER 13 |
| | |
| QUICKEN LOANS INC., its successors and/or assigns | |
| Movant | |
| vs. | |
| | |
| Michael David Wynder | NO. 19-12166 ELF |
| Debtor(s) | |
| | |
| William C. Miller Esq. | |
| Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of QUICKEN LOANS INC., which was filed with the Court on or about **May 6, 2019, docket number 13**.

Respectfully submitted,

By: **/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

June 28, 2019