IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: MICHAEL DAVID WYNDER<br>**Debtor(s)** | CHAPTER 13 |
| ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING<br>**Moving Party** | CASE NO. 19-12166 (ELF)<br>HEARING DATE: **8-13-19 at 9:30 AM** |
| v. | 11 U.S.C. 362 |
| MICHAEL DAVID WYNDER<br>JESSICA LAUREN WYNDER<br>**Respondent(s)** | 11 U.S.C. 1301 |
| WILLIAM C. MILLER<br>**Trustee** | |

### ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing Ltd d/b/a GM Financial Leasing, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and co-debtor stay of section 1301 are modified pursuant to 11 U.S.C. §362(d) and 11 U.S.C. 1301 to permit the movant to pursue the movant's in rem rights in the personal property described as **2016 Chevrolet Equinox** bearing vehicle identification number 2GNFLGEK3G6153047 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Order entered by default.**

Dated: 8/13/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**