United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael David Wynder  
     Debtor

Case No. 19-12166-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 1     Date Rcvd: Aug 13, 2019  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.  
db         +Michael David Wynder,    5 Almond Court,    Lafayette Hill, PA 19444-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:  
        CLAIR M. STEWART    on behalf of Debtor Michael David Wynder clairstewart@cstewartlaw.com, clairstewartecfmail@gmail.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    ACAR Leasing LTD dba GM Financial Leasing ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                           TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: MICHAEL DAVID WYNDER<br>**Debtor(s)** | CHAPTER 13 |
| ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING<br>**Moving Party** | CASE NO. 19-12166 (ELF)<br><br>HEARING DATE: **8-13-19 at 9:30 AM** |
| v. | 11 U.S.C. 362 |
| MICHAEL DAVID WYNDER<br>  JESSICA LAUREN WYNDER<br>**Respondent(s)** | 11 U.S.C. 1301 |
| WILLIAM C. MILLER<br>**Trustee** | |

### ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing Ltd d/b/a GM Financial Leasing, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and co-debtor stay of section 1301 are modified pursuant to 11 U.S.C. §362(d) and 11 U.S.C. 1301 to permit the movant to pursue the movant's in rem rights in the personal property described as **2016 Chevrolet Equinox** bearing vehicle identification number 2GNFLGEK3G6153047 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Order entered by default.**

Dated:  8/13/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**