# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>MICHAEL DAVID WYNDER,<br>　　　　　　　　　Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>FINANCIAL SERVICES VEHICLE TRUST,<br>　　　　　　　　　Movant<br>　　vs.<br>MICHAEL DAVID WYNDER,<br>　　　　　　　　　Respondent(s)<br>　　and<br>KENNETH E. WEST<br>　　　　　　　　　Trustee | CHAPTER 13<br><br>CASE NO.: 19-12166-ELF<br><br><br><br>**HEARING DATE:**<br>Tuesday, May 10, 2022<br>9:30 A.M.<br><br><br>**LOCATION:**<br>United States Bankruptcy Court 900 Market Street<br>Courtroom No. 1<br>Philadelphia, PA 19107 |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay filed by Financial Sevices Vehicle Trust ("Movant"), it is hereby **ORDERED** that the Motion is **GRANTED**.

Movant is permitted to proceed and continue with an action in vehicle repossession (2019 BMW 5 Series Sedan 4D 530xe AWD 2.0L I4 Turbo Electric/Hybrid, V.I.N. WBAJB1C57KB375237) and is hereby permitted to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Date: 5/12/22

　　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**