B2830 (Form 2830) (04/22)

# UNITED STATES BANKRUPTCY COURT

__EASTERN__ District Of __PENNSYLVANIA__

In re __MICHAEL WYNDER__      Case No. __19-12166__
　　　　　Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

        I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _____    _____
        Date    Michael wynder (Oct 22, 2023 18:27 CDT)
                      Debtor

## TO BE SIGNED - Domestic Certification
Final Audit Report                                                              2023-10-22

| | |
|---|---|
| Created: | 2023-10-17 |
| By: | Clair Stewart (clairstewart@cstewartlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAJgESY0QJU-CIEz52Oo6wDkhzagFXLiSZ |

## "TO BE SIGNED - Domestic Certification" History

- Document created by Clair Stewart (clairstewart@cstewartlaw.com)
  2023-10-17 - 1:50:52 PM GMT- IP address: 100.19.44.190

- Document emailed to michael_wynder@msn.com for signature
  2023-10-17 - 1:51:15 PM GMT

- Email viewed by michael_wynder@msn.com
  2023-10-18 - 10:01:03 AM GMT- IP address: 104.28.55.230

- Signer michael_wynder@msn.com entered name at signing as Michael wynder
  2023-10-22 - 11:27:32 PM GMT- IP address: 174.203.5.41

- Document e-signed by Michael wynder (michael_wynder@msn.com)
  Signature Date: 2023-10-22 - 11:27:34 PM GMT - Time Source: server- IP address: 174.203.5.41

- Agreement completed.
  2023-10-22 - 11:27:34 PM GMT

Adobe Acrobat Sign