Certificate Number: 14912-PAE-DE-038067053

Bankruptcy Case Number: 19-12166



14912-PAE-DE-038067053

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 3, 2024</u>, at <u>6:19</u> o'clock <u>PM EST</u>, <u>Michael Wynder</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 3, 2024</u>

By:    <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:   <u>Counselor</u>