United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael David Wynder  
    Debtor

Case No. 19-12166-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Apr 16, 2024     Form ID: 138OBJ     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael David Wynder, 5 Almond Court, Lafayette Hill, PA 19444-2500 |
| 14301770 | | Internal Revenue Service, US Dept. of the Treasury, Philadelphia, PA 19102 |
| 14305027 | + | Quicken Loans Inc., c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14302665 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 16 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2024 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14311939 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 16 2024 23:52:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO BOX 183853, Arlington, TX 76096-3853 |
| 14301757 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 16 2024 23:52:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14330185 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2024 00:00:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14301758 | + | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 23:59:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14301759 | + | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 23:59:34 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14301762 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 17 2024 00:00:22 | BMW Financial Services, PO Box 3608, Dublin, OH 43016-0306 |
| 14315881 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 17 2024 00:00:14 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 14304389 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2024 00:13:57 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14706861 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2024 23:59:36 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 19-12166-amc   Doc 59   Filed 04/18/24   Entered 04/19/24 00:36:06   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: 138OBJ | Total Noticed: 39 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| 14301760 | + Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2024 23:52:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14331131 | + Email/Text: mortgagebkcorrespondence@bofa.com | Apr 16 2024 23:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14301761 | + Email/Text: BarclaysBankDelaware@tsico.com | Apr 16 2024 23:52:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14301763 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2024 00:00:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14324803 | + Email/PDF: ebn_ais@aisinfo.com | Apr 16 2024 23:59:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14318504 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 16 2024 23:52:00 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14340979 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:59:32 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14301765 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:59:06 | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 14301766 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:59:14 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14301768 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:59:36 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14301777 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:59:36 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14340980 | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2024 23:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14308997 | Email/Text: mrdiscen@discover.com | Apr 16 2024 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14301767 | + Email/Text: mrdiscen@discover.com | Apr 16 2024 23:52:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14325971 | + Email/Text: LossPrevention@unitedfcu.com | Apr 16 2024 23:53:00 | Gold Credit Union, 4703 Hamilton Blvd., Allentown, PA 18103-6066 |
| 14301764 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2024 23:59:32 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14301773 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:52:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14340924 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2024 23:52:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14340945 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 23:59:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14301772 | + Email/Text: CollectionsDept@PFCU.COM | Apr 16 2024 23:52:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14301774 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 16 2024 23:53:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14314179 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 16 2024 23:53:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14301775 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2024 00:00:12 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14301776 | + Email/Text: bkelectronicnotices@usaa.com | Apr 16 2024 23:52:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

Case 19-12166-amc    Doc 59    Filed 04/18/24    Entered 04/19/24 00:36:06    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: 138OBJ | Total Noticed: 39 |
| TOTAL: 35 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14301769 | | Gold Credit Union |
| 14397543 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO BOX 183853, Arlington, TX 76096-3853 |
| 14325959 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14332279 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14325960 | *+ | Amex Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14325961 | *+ | Amex/Bankruptcy Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14325964 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, PO Box 3608, Dublin, OH 43016-0306 |
| 14325962 | * | Bank Of America 4909, Savarese Circle Fl1-908-01-50, Tampa, FL 33634 |
| 14325963 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14325965 | *+ | Capital One Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14325967 | *+ | Citibank/Sears, Attn: Bankruptcy Po Box 6275, Sioux Falls, SD 57117-6275 |
| 14325968 | *+ | Citicards Cbna Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14325970 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloomingdales, Attn: Recovery "Bk", Po Box 9111, Mason, OH 45040 |
| 14325979 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14325969 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14325972 | * | Internal Revenue Service, US Dept. of the Treasury, Philadelphia, PA 19102 |
| 14325966 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14301771 | *+ | Jessica Wynder, 280 Ridge Pike Apt C, Lafayette Hill, PA 19444-1952 |
| 14325973 | *+ | Jessica Wynder, 280 Ridge Pike Apt C, Lafayette Hill, PA 19444-1952 |
| 14325975 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14469982 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14325974 | *+ | Philadelphia FCU, Attn: Bankruptcy 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14325976 | *+ | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14325977 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14325978 | *+ | Usaa Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14325958 | *+ | jessica wynder, 280 ridge pike Apt C, Lafayette Hill, PA 19444-1952 |
| 14301756 | ##+ | jessica wynder, 280 ridge pike, Apt C, Lafayette Hill, PA 19444-1952 |

TOTAL: 1 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

**Name**    **Email Address**

CLAIR M. STEWART

on behalf of Debtor Michael David Wynder clairstewart@cstewartlaw.com clairstewartecfmail@gmail.com

DENISE ELIZABETH CARLON
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
on behalf of Creditor Financial Services Vehicle Trust bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael David Wynder

        Debtor(s)

Case No: 19−12166−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/16/24

58 − 56
Form 138OBJ