# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Michael David Wynder**<br>　　　　　　　　　　**Debtor**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>　　　　　　　　　　**Movant**<br><br>　　　　　　vs.<br><br>**Michael David Wynder**<br>　　　　　　　　　　**Debtor**<br><br>**Kenneth E. West, Esq.**,<br>　　　　　　　　　　**Trustee** | **BK NO. 19-12166 ELF**<br><br>**Chapter 13**<br><br>**Related to Claim No. 3** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 25, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Michael David Wynder
5 Almond Court
Lafayette Hill, PA 19444

<u>Attorney for Debtor</u>
Clair M. Stewart, Esq.
100 South Broad Street, Suite 1523 (VIA ECF)
Philadelphia, PA 19444

<u>Trustee</u>
Kenneth E. West, Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813 (VIA ECF)
Philadelphia, PA 19107

Method of Service:  Electronic means or first-class mail.

Dated: <u>October 25, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　　**<u>/s/Michael P. Farrington, Esq.</u>**
　　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com